FILED IN CLERKS OFFICE
DEC 28 '21 AM9:40 USDC MA

**In This Court Of Record At The United States District Court District of Massachusetts**

| | |
|---|---|
| **Kemeh, Kevin Dela**<br><br>    Plaintiff,<br><br>vs.<br><br>**Larry Flowers; Daniel Litchfield;**<br><br>    Defendants | **Case Number;**<br><br><br><br>**Trial by Jury is Demanded** |

## AFFIDAVIT COMPLAINT

**NOTICE TO CLERK;** United States and Massachusetts constitution guarantees a right to trial by jury; **This case is to be set for a hearing**, please and thank you!

**NOTICE TO THIS COURT.** The United States constitution, the laws of the United States and its treaties is the supreme law of the land and must be respected at all times. Bar grievances and conduct;criminal complaints may apply to **violaters** of the supreme law of the land.

**NOTICE TO DEFENDANT'S ATTORNEY;** No attorney is allowed to trespass nor testify on this case without verifying under the penalty of perjury that he or she is a first hand witness. Bar grievances and criminal complaints under 18 U.S. Code § 1505 apply.

**PLAINTIFF BRINGS HIS OWN COURT OF RECORD TO THIS COURT IN ACCORDANCE WITH THE COMMON LAW FOR A TRIAL BY JURY.**

**Jurisdiction;** Federal Question: 42 U.S. Code § 1983; *42:1983 Civil Rights Act*
        Constitutional tort: Fourth amendment and fifth amendment violation
        18 U.S. Code § 1361 - Government property or contracts

**Venue;** Plaintiff, one of the people of Massachusetts, state, was injured in Massachusetts, state.

**Plaintiff;** Kemeh, Kevin Dela, one of the people of Massachusetts, state.
        **Address**: PO BOX 20649, Worcester MA, 01602
        **Contact**: 774-437-8178
        **Email**: kevindelakem@gmail.com

Plaintiff is not a United States Citizen; Foreign National

**Defendants:** Larry Flowers; Daniel Litchfield
  **Address :** 670 West Boylston Street
               Worcester, MA 01606

Police Officers of Quinsigamond Community College

### Statement Of Facts By Affidavit

On September 8, 2021 Plaintiff, Kemeh, Kevin Dela; a man, was traveling in his private automobile. There was no actual crime (corpus delicti) and there was no breach of public peace. Plaintiff was simply going from Point A to Point B in his private automobile, he was not engaged in commerce with his private automobile.

Defendant; [officer] Larry Flowers turned on the emergency lights and detained Plaintiff. [Officer] Larry Flowers walked to plaintiff's private automobile. Larry Flowers asked plaintiff to produce a driver's license. Plaintiff handed Larry Flowers a passport card and told him that's what I use to travel. Defendant; [officer] Larry Flowers **slandered plaintiff as a terrorist**. Larry Flowers stated, "I'm not dealing with this… crap".

Defendants: [officer] Larry Flowers and Daniel Litchfield [ ignored ] plaintiff's rights and continued with the traffic stop. **Defendants detained and arrested plaintiff without a warrant. Defendants trespassed on plaintiff's liberty. Defendants seized, searched and towed plaintiff's private automobile without a warrant. Defendants then imprisoned plaintiff without a warrant.**

The following day, after the harassment from defendants, plaintiff received all his property back except the Passport Card. Plaintiff contacted defendants about the passport card. They said they did not have it, defendants inferred Worcester district court had the passport card. Plaintiff then contacted Worcester district court about the passport card. The agents of Worcester district court could not locate the passport card either.

**Larry Flowers clearly dislikes plaintiff.** During the traffic stop he **slandered plaintiff as a terrorist** for exercising his right to travel. The plate on plaintiff's private automobile was missing when he retrieved his automobile and when plaintiff received his property back from Worcester district court the passport card was also missing. Presumptions are not always true, but when a series of events line up in a convincing way it is safe to assume defendants, especially **Larry Flowers** may have conspired to confiscate or destroy passport card (federal property).

In This Court Of Record At The United States District Court District of Massachusetts; Page 2 of 3

**PREVIEW EXHIBIT A: JUDICIAL NOTICE TO DEFENDANTS AND THE COURT**

### SETTLEMENT

For trespassing on life, liberty and property (constitutional torts), plaintiff demands $3,000,000 to settle this matter.

### VERIFICATION

I verify under penalty of perjury under the laws of the United States of America that this document is true and correct. Executed: Worcester, Massachusetts on *12/26/2021*

Autograph; *[signature]*

Kemeh, Kevin Dela

**Notary as JURAT CERTIFICATE**

_____*M A*_____[State] }

_____*Worcester*_____[County] }

On this *26* day of ____*12*____, 20 *21* before me,

Notary Public- State of Massachusetts

*Kevin Dela Kemeh*_____ who proved to me based on-satisfactory evidence to be the man whose name is subscribed to the within instrument and verified to me that he executed the same as man, one of the people of Massachusetts, state, Sui Juris De jure, stated in document and by rightful claim of possession above all others in society and that by his autograph(s) on the instrument the man executed, the instrument and all claims and rights asserted or not by the man stands as truth and EVIDENCE forevermore.

I verify under PENALTY OF PERJURY under the lawful laws of Massachusetts, State, that all the paragraphs on this document is true and correct. WITNESS my autograph

____*Mayank*_____
Signature of Jurat

Notary Stamp

MAYANK GUPTA
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 23, 2028

## EXHIBIT A; JUDICIAL NOTICE TO DEFENDANTS AND THE COURT

Plaintiff; Kemeh, Kevin Dela is just a man, he accepts no title that degrades his status as a man. Plaintiff was not engaged in commerce while traveling with his private automobile, if defendants can prove he was they should go ahead, under the penalty of perjury.

**18 U.S. Code § 31 - Definitions;** Motor vehicle.— The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and **used for commercial purposes** on the highways in the transportation of passengers, passengers and property, or property or cargo.

**Driver:** One employed in conducting a coach, carriage, wagon, or other vehicle,with horses, mules, or other animals, or a bicycle, tricycle, or motor car, though not a street railroad car. See Davis v. Petrinovich, 112 Ala. 654, 21 South. 344, 36 L. R. A.615; Gen. St. Conn. 1902,

**INTERSTATE COMMERCE, OPERATING A MOTOR VEHICLE, OPERATING A VEHICLE USED FOR COMMERCIAL PURPOSES AND A DRIVER;DRIVING ARE ALL COMMERCIAL ACTIONS THAT NEED TO BE AUTHORIZED BY THE STATE WITH A LICENSE AND ACCOMMODATED WITH REGISTRATION, INSURANCE AND INSPECTION/STICKER.**

Upon interpreting the U.S. Codes and case law, "Operating A Motor Vehicle" is commercial.

The State;Police Officers cannot Impede on the people's right to travel in a private automobile.

The State;Police Officers can only regulate people engaged in commerce with their vehicle.This includes a **"Driver"; "Operating A Motor Vehicle or operating any vehicle used for commercial purposes.**

Defendant's claims of "Unlicensed Operation of Motor Vehicle", "Unregistered Motor Vehicle", "Uninsured Motor Vehicle" and "Inspection/ Sticker, NO" against Plaintiff has no **validity** as plaintiff was not engaged in commerce with his private automobile.

Defendants: **Larry Flowers** and **Daniel Litchfield** are being sued in their individual capacity for constitutional torts under 42 U.S. Code § 1983. All defendant's claims of sovereign immunity are officially rebutted. "A municipality has no immunity from liability under § 1983 flowing from its constitutional violations, and may not assert the good faith of its officers as a defense to such liability" | **Owen v. City of Independence, 445 U.S. 622 (1980)** |

I verify under the penalty of perjury this document is true; Kemeh, Kevin Dela
Date: 12/26/2021

In This Court Of Record At The United States District Court District of Massachusetts; Exhibit A